IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF BONELL RASHTI<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, AND SPECIALIZED LOAN SERVICING, LLC AND QBE AMERICAS, INC. AND BRIT INSURANCE, AND CERTAIN UNDERWRITERS AT LLOYDS, LONDON AND GREAT LAKES REINSURANCE (UK) PLC, AND THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2007-9<br>    Defendants. | §§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 3:17-cv-1250 |

## ORDER GRANTING MOTION TO TRANSFER VENUE

On this day the Court considered Defendants Motion to Dismiss or, Alternatively, to Transfer Venue and Brief in Support. After considering the motion, the responses and replies, the Court has determined the Motion should be GRANTED, in part. It is therefore,

ORDERED that the Clerk shall transfer the above numbered and styled case to the United States District Court for the Southern District of Texas, Houston Division. It is further,

ORDERED that this Order does not affect discovery, including but not limited to depositions. It is further,

ORDERED that, pursuant to the agreement of the parties, all pending deadlines in this matter, including Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss and Defendants' Responses to Plaintiff's Motion for Partial Summary Judgment, are hereby stayed until the transferee court enters a new Scheduling Order or orders otherwise.

   **Attorneys for QBE Americas, Inc.**

**WINSTEAD PC**

/s/ Jason Bernhardt
Jason R. Bernhardt
Texas State Bar No. 24045488
600 Travis, Suite 5200
Houston, TX 77002
Telephone: (713) 650-8400
Facsimile: (713) 650-2400
Email: jbernhardt@winstead.com
**Attorneys For Specialized Loan Servicing, LLC and Bank of New York Mellon As Trustee for the Certificateholders of the CWABS Inc Asset-Backed Certificates series 2007-9 formerly known as The Bank of New York**


**HOLMAN FENWICK WILLAN USA LLP**

/s/ Gerard J. Kimmitt, II
Gerard J. Kimmitt, II
TBN: 11427500; Fed. Id. No. 08454
5151 San Felipe, Suite 400
Houston, Texas 77056
Telephone: (713) 917-0888
Facsimile: (713) 953-9470
Email: jerrykimmitt@hfw.com
**Attorney-in-charge for Defendants Brit Insurance, Certain Underwriters at Lloyd's, London, and Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (UK) Plc)**

Signed at Dallas, Texas this 5th ~~2nd~~ day of April, 2018.

_____
U.S. DISTRICT JUDGE

**AGREED AS TO FORM:**

/s/Timothy T. Mitchell
Timothy T. Mitchell
State Bar Number 14223000
Donna Kaye Rashti, Esquire
Texas State Bar No. 16553400
Rashti and Mitchell
4422 Ridgeside Drive,
Dallas, Texas 75244
P. 972-661-9471;F.972-503-9611
Email: tim@rashtiandmitchell.com
E-mail donna@rashtiandmitchell.com
**Attorneys for Plaintiff The Estate of Bonell Rashti**


**WINSTON & STRAWN LLP**

/s/ Kathryn B. Davis
Kathryn B. Davis
Texas State Bar No. 24050364
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: kbdavis@winston.com
**Attorney for Bank of America, National Association**


**THE LITTLE LAW FIRM PC**

/s/Joseph R Little
Joseph R Little
Texas State Bar No. 00784483
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: 713-222-1368
Facsimile: 713-200-0115
Email: jrl@littlelawtexas.com